IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT IN AND FOR PALM
BEACH COUNTY, FLORIDA

ADELITA SAMAROO,   CASE NO. 502021CA000594MB AN

        Plaintiff,

vs.

WALMART STORES, INC.

        Defendant.

## COMPLAINT

Plaintiff ADELITA SAMAROO, by and through the undersigned counsel, sues the Defendant WALMART STORES, INC. ("WALMART") and states:

1. This is an action for damages that exceed the minimum jurisdictional amounts of this Court.

2. All conditions precedent to the filing of this action have been performed or have been waived.

3. At all times material hereto, Plaintiff was a resident of Palm Beach County, over the age of eighteen (18), and is otherwise *sui juris*.

4. At all times material hereto, WALMART was a for profit business entity, licensed to conduct business in the State of Florida and was doing business in Palm Beach County, Florida.

5. At all times material hereto, WALMART, by and through their agents, servants, and/or employees, owned, possessed, operated, managed and/or controlled the WALMART

store located at 3200 Old Boynton Beach Road, Boynton Beach, FL (hereinafter referred to as "STORE").

6. At all times material hereto, WALMART, by and through their agents, servants and/or employees, owned, possessed, operated and were responsible for maintaining the STORE in a reasonably safe manner.

7. At all times material hereto, WALMART was responsible for supervising all employees and/or agents working at the STORE.

8. At all times material hereto, WALMART was responsible for hiring and training all employees and/or agents working at the STORE.

9. Venue is proper in Palm Beach County, Florida because the acts and omissions referred to herein occurred in Palm Beach County, Florida, and the place of business of WALMART's STORE is located in Palm Beach County, Florida.

10. On or about, June 18, 2017, Plaintiff entered the STORE as an express and/or implied business invitee of WALMART.

## COUNT I – NEGLIGENCE AGAINST DEFENDANT, WALMART STORES, INC. (DANGEROUS CONDITION ON PREMISES)

11. Plaintiff adopts and reincorporates by reference Paragraphs 1 through 10 as if more fully set forth herein.

12. On or about June 18, 2017, WALMART owed a duty to exercise reasonable care and diligence to maintain, inspect and repair the STORE in a reasonably safe condition for the safety of business invitees on the premises, which includes creating, building, and/or maintaining a uniformly slip resistant floor, reasonable efforts to keep the premises free from transitory foreign objects or substances that might foreseeably give rise to loss,

injury, or damage in its mode of operation of the business premises, and to properly train/educate/supervise/control its agents/servants/employees and to correct and warn business invitees of all dangerous conditions.

13. WALMART negligently failed and breached their to duty to Plaintiff to maintain its premises in a reasonably safe condition, negligently failed to provide a uniformly slip resistant floor, failed to properly train/educate/supervise/control its agents/servants/employees, and failed to correct and to warn of an unreasonably dangerous condition about which WALMART either knew or should have known, by the use of reasonable care, of said dangerous condition as follows: allowing a puddle of water to remain on the floor.

14. The dangerous condition was created by and/or known to WALMART or had existed for a sufficient length of time so that Defendant, had it exercised reasonable care, would and should have known of it.

15. As a result of WALMART's negligence, Plaintiff slipped and fell.

16. As a direct and proximate result of the aforementioned fall, Plaintiff suffered serious, permanent bodily injuries and resulting pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, incurred expenses of hospitalization, medical, chiropractic and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition, disease or physical defect. Plaintiff shall suffer additional losses in the future.

WHEREFORE, Plaintiff demands judgment for all damages allowable under Florida law

against Defendant, WALMART STORES, INC., in an amount in excess of the jurisdictional limits of this Honorable Court, together with Plaintiff's costs and for any and all further relief this Honorable Court deems just and proper.

**PLAINTIFF DEMANDS TRIAL BY JURY ON ALL ISSUES SO TRIABLE.**

**I HEREBY CERTIFY** that a copy of the above and foregoing has been filed with Florida E-Portal this 14th day of January, 2021.

/s/ Dennis Phillips
Dennis Phillips, Esq.
Felice, Ehrlich & Naparstek
3 Harvard Circle
West Palm Beach, FL  33409
(561) 444-8822 - Telephone
(561) 514-4946 - Facsimile
Primary Email –
Secondary Email –
Dennis@injurytrialattorneys.com
Florida Bar # 423750